1  Andrew T.  Koenig, SBN: 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, CA 93001
3  Tel. 805 653-0284
   FAX: 805 643-3062
4  Email: andrewtkoenig@hotmail.com

5  Attorney for plaintiff Nels Lee Omholt

6

7

8

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10                      SACRAMENTO DIVISION

11

   NELS LEE OMHOLT,                    )  Case No. 2:08-CV-01098-KJM
12                                     )
        Plaintiff,                     )
13                                     )  ORDER
                                       )  AWARDING ATTORNEY'S
14      v.                             )  FEES AND COSTS PURSUANT
                                       )  TO THE EQUAL ACCESS TO
                                       )  JUSTICE ACT, 28 U.S.C.
15  MICHAEL J. ASTRUE,                 )  § 2412(d), AND COURT COSTS
    COMMISSIONER OF SOCIAL             )  PURSUANT TO
16  SECURITY,                          )  28 U.S.C. § 1920
                                       )
17      Defendant.                     )
                                       )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
   IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's
20
   assignee,  is awarded attorney fees under the Equal Access to Justice Act in the
21
   amount of FIVE-THOUSAND TWO-HUNDRED DOLLARS and NO CENTS
22
   ($5,200.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount
23
   of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to
24
   28 U.S.C. § 1920, subject to the terms of the Stipulation.
25
        Dated:  January 4, 2010.
26

27
   _____
28                                       U.S. MAGISTRATE JUDGE

                                    1